**Fermin F. ALARCON, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 03–3215.

United States Court of Appeals, Federal Circuit.

June 12, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**EN FLEUR CORPORATION, Appellant,**

v.

**MICROSOFT CORPORATION, Appellee.**

No. 03–1020.

United States Court of Appeals, Federal Circuit.

June 12, 2003.

ORDER

On March 24, 2003, the court issued an order allowing "counsel for En Fleur Corporation" ("En Fleur") 60 days to file an entry of appearance in this appeal. En Fleur has failed to comply with this order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.